UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-20668-CIV-MORENO

MATTHEW FAISON,

          Plaintiff,

vs.

JOHN HENDRY DOE, JIMMIE CARE, and
JILL CARE,

          Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon the Plaintiff's Motion for Reconsideration **(D.E. 8)**, filed on **March 13, 2020**.

THE COURT has considered the motion, the attached evidence, the pertinent portions of the record, and is otherwise fully advised in the premises.

The Court previously denied the Plaintiff's Motion to Proceed *In Forma Pauperis* and dismissed the complaint without prejudice because the Plaintiff is a "three striker" under Section 1915(g) and failed to adequately allege that he is under "imminent danger of serious physical injury." (D.E. 7 at 2–3.)

The Plaintiff now moves for reconsideration and alleges that his "ailments and the treatment the medical clinic [is] not providing [is] the medicine for {hepatitis (c)}." (D.E. 8 at 2.) In support, the Plaintiff also attaches three pieces of evidence. First, he attaches a Florida Department of Corrections "Chronological Record of Health" form that includes medical notes only from 2016 and 2017. *Id.* at 4. Second, he provides a Florida Department of Corrections "Inmate Sick-Call Request" from from February 2017. *Id.* at 5. Finally, he attaches "Confidential

Legal Mail" from the Florida Justice Institute regarding "Final Order in *Hoffer v. Inch* (the Hepatitis C Class Action)." *Id.* at 6–7.

Same as before, the Court finds that the Plaintiff's generalized and conclusory assertion is not enough to allege imminent danger of serious physical injury such that the Plaintiff can proceed without paying the required filing fee. Furthermore, although the Plaintiff's evidence shows that he has Hepatitis C, the medical documents relate to events several years ago, and none of the evidence demonstrates that the Plaintiff is in imminent danger of serious physical injury.

Finally, the Plaintiff's allegations alone are insufficient to allow him to proceed without paying the required filing fee. *See Abdullah v. Migoya*, 955 F. Supp. 2d 1300, 1307 (S.D. Fla. 2013) (denying motion to proceed *in forma pauperis* and dismissing complaint where the plaintiff "failed to present any evidence to support his allegation that he [was] in imminent danger of serious physical injury entitling him to invoke the exception" in Section 1915(g)); *see also Skillern v. Paul*, 202 F. App'x. 343, 344 (11th Cir. 2006) (affirming dismissal of complaint where "vague statements [did] not satisfy the dictates of § 1915(g)").

For these reasons, it is

**ADJUDGED** that the Plaintiff's Motion for Reconsideration is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of March 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Matthew Faison
038634-CI-125
Calhoun Correctional Institution
Inmate Mail/Parcels
19562 SE Institution Drive
Blountstown, FL 32424
Pro Se